207 So.2d 539

**Walter Charles BARTIE**

v.

**ZURICH AMERICAN INSURANCE COMPANY.**

No. 49110.

March 8, 1968.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

207 So.2d 539

**Marie SCANIO, widow of Vincent SAVONA**

v.

**Carolyn M. CUTRONE et al.**

No. 49112.

March 8, 1968.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

207 So.2d 540

**STATE of Louisiana**

v.

**Pervis BOUDREAUX et al.**

No. 49113.

March 8, 1968.

Writ refused. There is no error of law in the judgment complained of.